IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:11-cv-80922-KLR

AT&T MOBILITY LLC,

        Plaintiff,

v.

SHANE BUSHMAN, EMILY KOMLOSSY,
ALEXIS JUSTAK, DANIEL LEA, MARK
NEWMAN, SHARI KOSTOFF, LINDA
HAENSEL and JOAN GIBBONS,

        Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that SHANE BUSHMAN, EMILY KOMLOSSY, ALEXIS JUSTAK, DANIEL LEA, MARK NEWMAN, SHARI KOSTOFF, LINDA HAENSEL and JOAN GIBBONS, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit, from an Order Granting Plaintiff's Motion for Temporary Injunction, entered in this action on the 23rd day of September, 2011.

Dated: September 26, 2011

        By:    s/Barry L. Davis
                  Barry L. Davis
                  Fla. Bar No. 294977
                  Email:  davis@tdflaw.com
                  THORNTON, DAVIS & FEIN, P.A.
                  80 SW Eighth Street, 29th Floor
                  Miami, Florida 33130
                  Telephone: (305) 446-2646
                  Facsimile: (305) 441-2374
                  Attorneys for Defendants

                  -and-

                                            Scott A. Bursor  
                                            Florida Bar No. 68362  
                                            Email: scott@bursor.com  
                                            BURSOR & FISHER, P.A.  
                                            369 Lexington Ave, 10th Floor  
                                            New York, NY 10017-6506  
                                            Telephone: (212) 989-9113  
                                            Facsimile: (212) 989-9163  
                                            Attorneys for Defendants  
                                            Emily Komlossy, Alexis Justak, Daniel  
                                            Lea, Mark Newman, Shane Bushman, Shari  
                                            Kostoff, Linda Haensel and Joan Gibbons

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon counsel via the ECF system per the attached service list on 26th day of September, 2011.

                By:    s/ Barry L. Davis
                        Barry L. Davis
                        Fla. Bar No. 294977
                        Email:  davis@tdflaw.com
                        THORNTON, DAVIS & FEIN, P.A.
                        80 SW Eighth Street, 29th Floor
                        Miami, Florida 33130
                        Telephone: (305) 446-2646
                        Facsimile: (305) 441-2374
                        Attorneys for Defendants

## SERVICE LIST

James B. Baldinger, Esq.,
E-Mail:  jbaldinger@carltonfields.com
David B. Esau, Esq.
E-Mail:  desau@carltonfields.com
Carlton Fields, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL  3340
Attorneys for Plaintiff AT&T Mobility LLC
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

Archis A. Parasharami, Esq.
E-Mail:  aparasharami@mayerbrown.com
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006
Tel. (202) 263-3328
Pro Hac Vic Attorney for Plaintiff

Andrew J. Pincus, Esq.
E-Mail: apincus@mayerbrown.com
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006
Tel. (202) 263-3220
Pro Hac Vic Attorney for Plaintiff

Evan M. Tager, Esq.
E-Mail: etager@mayerbrown.com
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006
Tel. (202) 263-3320
Facsimile: (202) 263-5240
Pro Hac Vic Attorney for Plaintiff

L. Timothy Fisher, Esq.
E-Mail:  ltfisher@bursor.com
Sarah N. Westcot, Esq.
E-Mail:  swestcot@fisher.com
Bursor & Fisher, P.A.,
2121 North California Boulevard,
Suite 1010
Walnut Creek, CA 94596
Telephone: Tel: (925) 482-1515
Facsimile: (925) 407-2700
Co-Counsel for Defendants

Nadeem Faruqi, Esq.
E-Mail:  nfaruqi@faruqilaw.com
Antonio Vozzolo, LLP
369 Lexington Ave., Tenth Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile:   (212) 983-9331
Co-Counsel for Defendants

Kevin Ranlett, Esq.
E-mail: kranlett@mayerbrown.com
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006
Tel. (202) 263-3217
Pro Hac Vic Attorney for Plaintiff

Scott A. Bursor, Esq.
E-Mail: scott@bursor.com
Bursor & Fisher, P.A.
369 Lexington Avenue
10th Floor
New York NY 10017
Tel (212) 989-9113
Fax (212) 989-9163
(Via U.S. Mail)