```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100026207
Cashier ID: vthomas
Transaction Date: 09/28/2011
Payer Name: THORTON DAVIS AND FEIN PA
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SHANE BUSHMAN, ET AL
 Case/Party: D-FLS-9-11-CV-080922-001
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 1014
 Amt Tendered:  $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```

Returned check fee $45

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.